IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLES MUHLENHAUPT,<br><br>    Plaintiff,<br><br>  vs.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>    Defendant.<br>_____/ | No. 2:15-cv-2336-CMK<br><br><br><br>ORDER |

Plaintiff, who is proceeding with retained counsel, brings this action for judicial review of a final decision of the Commissioner of Social Security under 42 U.S.C. § 405(g).  On April 6, 2016, plaintiff was ordered to show cause why this action should not be dismissed for failure to inform the court regarding submission of service documents to the United States Marshal, as required.  Plaintiff has responded to the order to show cause, indicating the court's original notice was not received and the documents have now been submitted to the U.S. Marshal.  Good cause appearing therefor, the order to show cause is discharged.

IT IS SO ORDERED.

DATED: April 8, 2016

                                                              *Craig M. Kellison*<br>
                                                              **CRAIG M. KELLISON**<br>
                                                              UNITED STATES MAGISTRATE JUDGE