IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLES MUHLENHAUPT, | No. 2:15-cv-2336-CMK |
| Plaintiff, | |
| vs. | ORDER |
| COMMISSIONER OF SOCIAL SECURITY, | |
| Defendant. | |

Plaintiff, who is proceeding with retained counsel, brings this action for judicial review of a final decision of the Commissioner of Social Security under 42 U.S.C. § 405(g).  On January 13, 2017, plaintiff was ordered to show cause why this action should not be dismissed for failure to file a dispositive motion within the appropriate time.  Plaintiff responded to the order to show cause the same day, and has since filed a motion for summary judgment.  Good cause appearing therefor, the order to show cause is discharged.  This action shall proceed according to the scheduling order issued January 12, 2016.

IT IS SO ORDERED.

DATED: February 7, 2017

_____
**CRAIG M. KELLISON**
UNITED STATES MAGISTRATE JUDGE

1